U.S. Courthouse
100 Reserve Street Room 347
Hot Springs, Arkansas 71901

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

Eric Flores , pro se petitioner
11669 Gwen Evans Lane
El Paso Texas 79936

MAR 2 7 2014

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

Vs.          14-6042

United States Attorney General , Department of Justice Building , 950
Pennsylvania Avenue N.W., Washington D.C., 20530 , respondant

United States Department of Health and Human Services
200 Independence Avnue S.W.,Washington D.C., 20201 , respondant

Public Health Service named Sierra Medical Center , respondant
3280 Joe Battle Blvd.,El Paso Texas 79936

---

## FEDERAL TORT COMPLAINT AGAINST TORTURE

---

(1)Table of Contents
(2)Certification of Class Action
(3) Questions Presented
(4)Constitutional Statutes
(5)Exhaustion of Administrative Remedies
(6)Jurisdictional Statement
(7)Statement of the Case
(8)Statement of Facts
(9)Summary of Argument
(10)Argument
(11)Conclusion and Prayer

## (2) Certification of Class Action

Pursuant to Federal Rule of Civil Procedure no.23 the petitioner Eric Flores is proceeding informa pauperis and pro se as the representative party to seek relief from imminent danger such as death on behalf of a protected class of mexican american citizens of the United States that is so numerious that joinder of all members is impracticable.

The petitioners Eric Flores will fairly and adequate protect the interest of the members of the class by contending claims or defenses that are seeking relief from imminent danger such as death which are typical of the claims or defenses of the members of the class as a whole.

The court will find that the questions of law or fact common to class members predominate over any questions affecting only individual members, and that a class action is superior to other available methods for fairly and efficiently adjudicating the controversy.

The names and addresses of the serviveing members of the protected class of Mexican American citizens of the United States are as follows , in particular ;

(a) Javier Vensor Flores Senior is a party of interest whom resides at 761 Delhi Dr., Socorro Texas 79927.

(b) Cynthia Lorenza Flores is a party of interest whoms place of business is designated at General Delivery 8401 Boeing Dr., El Paso Texas 79910.

( c ) Javier Flores Junior is the deceased party of interest whoms place of business is designated at General Delivery , 8401 Boeing Dr., El Paso Texas 79910.

(d) Eric Flores is the representative party whoms place of business is designated at General Delivery 8401 Boeing Dr., El Paso Texas 79910 .

(e) Andy Flores is a party of interest whoms place of business is designated at General Delivery , 8401 Boeing Dr., El Paso Texas 79910.

(f) Joanna Flores is a party of interest whoms place of business is designated at General Delivery , 8401 Boeing Dr., El Paso Texas 79910.

(g) Steven Flores is a party of interest whoms place of business is designated at General Delivery , 8401 Boeing Dr., El Paso Texas 79910.

(h) Micheal Rene Flores is a party of interest whoms place of business is designated at General Delivery , 8401 Boeing Dr., El Paso Texas 79910.

(i) Evagelina Salas Mendoza is the deceased member of this class actions whoms place of business is designated at General Delivery , 8401 Boeing Dr., El Paso Texas 79910.

(j) Jorge Salas is the deceased member of this class action whoms place of business is designated at General Delivery , 8401 Boeing Dr., El Paso Texas 79910.

(k) Marciano Flores is the deceased member of this class action whoms place of business is designated at General Delivery , 8401 Boeing Dr., El Paso Texas 79910.

(l) Mary Salas is the deceased member of this class action whoms place of business is designated at General Delivery , 8401 Boeing Dr., El Paso Texas 79910.

(m) Connie Salas is the deceased member of this class action whoms place of business is designated at General Delivery , 8401 Boeing Dr., El Paso Texas 79910.

(n) Cebastian Machiavelli Alva is a seven month old newborn child whom is a party of interest whoms place of business is designated at General Delivery , 8401 Boeing Dr., El Paso Texas 79910.

(o) Miguel Huerta is the deceased member of this class action whoms Place of business is designated at General Delivery , 8401 Boeing Dr., El Paso Texas 79910.

(p) Piedro Mendoza is the deceased member of this class action whoms place of business is designated at General Delivery , 8401 Boeing Dr., El Paso Texas 79910.

(q) Jose Medriano is the deceased member of the class action whoms address is designated at General Delivery , 8401 Boeing Dr., El Paso Texas 79910.

## (3) Questions Presented

(i)Whether there exist a substantial likelihood that the petitioner and his immediate relatives will suffer irreparable injury such as death if injunctive relief can not be obtained.

(ii) Whether the serious injury such as death that the petitioner and his immediate relatives will suffer if injunctive relief can not be obtained is far greater than the legal injury , if any , that the respondants will suffer if injunctive relief is obtained.

(iii) Whether the injunctive relief will sevre the public interest by prohibiting a racially baised white supremist organized group of person of white American national origin from engageing in negligent torturious conduct causeing serious injury such as death against a protected class of Mexican American citizens of the United states of

America whom are hereby designated as the petitioner and his immediate relatives.

(iv) Whether it is necessary for the court to enter a order for the United States Attorney General to show cause why its employees , officers , agents , or agencies are useing deadly technology to torture the petitioner and his immediate relatives without the authorization of the United States government.

(v) Whether it is necessary for the court to enter an order for the United States Department of Health and Human Services to assist the court with collecting protected health information from a public health service entities that can prove that the petitioner and his immediate relatives had sustained life threatening injuries almost leading to their death as a result of being tortured.

## (4) Constitutional Statute

Federal Tort Claims Act 28 U.S.C. & 2671-2680

Venue of Jurisdiction 28 U.S.C. 1391(b)

Federal Rule of Civil Procedure no.23

Federal Rule of Civil Procedure no.26

## (5) Exhaustion of Administrative Remedies

Pursuant to 28 U.S.C. & 2675 the petitioner Eric Flores has exhausted

administrative remedies by sending a written letter and legal pleadings

via United States mail to notify the United States Attorney Generals

Office in Washington D.C., that its agents , agencies , employees , or

officers have tortured to death more than three members of a protected

class of mexican american citizens of the United States without the

authorization of the United States government.

The petitioner Eric Flores requested for the United States Attorney

General in Washington D.C., to take preventive meassures such as

lawful sanctions to prohibit its agents , agencies , employees or officers

from further tortureing to death another member of the protected class

of mexican american citizens of the United States without the

authorization of the United States government.

As a result the complained about agents , agencies , employees , or

officers have retaliated against the petitioner Eric Flores for

complaining to the United States Attorney General Office by recently

tortureing to death the petitioners brother Javier Flores Junior a

member of the protected class of mexican american citizens of the United States without the authorization of the United States government.

Even more recently within the last couple of days the complained about agents , agencies , employees , or officers have further retaliated against the petitioner for complaining to the United States Attorney Generals Office by impairing the body functions of a eight month old new born baby named Cebastian Alva requireing medical surgery on two seperate ocassions from a forensic medical professional in a freeworld hospital named Sierra Medical Center located at 3280 Joe Battle Blvd., El Paso Texas 79938.

The United States Attorney General has failed to responed within the last tweelve months directly to the petitioners written letters and legal pleadings which is hereby constituted as a general denial for the purpose of fileing this foregoing "Federal Tort Complaint Against Torture" to include its attachments without having to wait for a response by the United States Attorney General Office in Washington D.C.,.

Recently within the last couple of days the United States Attorney

Generals Office has only responded to a "Petition for Writ of Certiorari"

filed in the United States Supreme Court which is pertinent to this

foregoing "Federal Tort Complaint Against Torture" to include the

"Motion for Leave to Proceed Informa Pauperis" that is being filed for

review and consideration in the United States District Court in

Arkanas .

The United States Attorney General response stated that the

government hereby waives its right to file a response to the petition in

this case unless requested to do so by the Court.

The petitioner Eric Flores does not believe that the United States

Attorney General will enter a response to this foregoing "Federal Tort

Complaint Against Torture" to include the "Motion for Leave to Proceed

Informa Pauperis" that is being filed in the United States District Court

in Arkansas

## (6) Jurisdictional Statement

Pursuant to 28 U.S.C. & 1391 (b) wherein the jurisdiction is not

founded solely on diversity of citizenship may , except as otherwise

provided by law , be brought only in ; a district wherein the respondants reside or place of business is designated if all the respondants reside or place of business is designated in the same geographic location where the civil action is being brought or ; (2) a district in which a substantial part of the events or omissions giving rise to the legal claims occurred , or ; (3) a district in which any respondants may be found , if there is no district where the action may otherwise be brought.

In this particular civil case , the petitioner has established venue of jurisdiction in the United States District Court in Arkansas by asserting that ; (1) the respondants residency or place of business is within the geographic location of Arkansas and that ; (2) the respondants acts or omissions that give rise to the legal claims occurred from within the geographic location of Arkansa where the legal claims are being filed in the United States District Court in Arkansa.

The aforementioned two jurisdictional factors satisfy the burden of establishing the prerequisite of venue of jurisdiction in the United States District Court in Arkansa for the purpose of

adjudicateing the petitioners "Federal Tort Complaint Against Torture" for want of prosecution.

## (7) Statement of the Case

(I) Scope and Purpose of Federal Tort Claim.

The petitioner Eric Flores has asserted a Federal Tort Claim of cruel and unusual punishment against the negligent torturious acts or omissions of the complained about executive employees of the federal government that are persons of white American national origin whom have used deadly technology to cause the wrongful death of Javier Flores Junior, Jorge Salas , Mary Salas, Connie Salas , Eavgelina Salas Mendoza , and Marciano Flores the deceased members of the class action.

The Federal Tort Claims Act was adopted by congress to provide certain remedies to claimants against a governmental employees negligent torturious conduct that has resulted in wrongful death when it had previously been barred by the doctrine of sovereign immunity.

The Federal Tort Claims Act recognizes the most important principles that the United States should waive its historical defense of sovereign immunity and except liability for its government employees negligent

torturious conduct resulting in the wrongful death of citizens of the United States.

In order to satisfy any reasonable doubt of the United States sovereign immunity it is necessary for the court to enter an order issueing directives for the United States Attorney General to show cause why its agents , officer, employees, or agencies are using advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to cause the petitioner and his immediate relatives severe physical and mental pain for long durations exceeding calendar years which was equivalent in intensity to organ failure , impairment of body functions , and death.

The purpose of the show cause order is for the court to determine whether the complained about executive employees of the federal government that are persons of white American national origin were acting in the course of their official duties by tortureing the petitioner and his immediate relatives under the authority of the United States Government and\or to determine whether the complained about executive employees of the federal government that are persons of white American national origin had a biased motive other than an official

nature for tortureing the petitioner and his immediate relatives without the authorization of the United States Government.

## (8) Statement of Facts

18 U.S.C. & 2340 Torture

As used in this complaint

(1)"torture" means an act committed by a person acting under the color of law specifically intended to inflict severe physical or mental pain or suffering (other than pain or suffering incidental to lawful sanctions) upon another person within his custody or physical control;

(2)"severe mental pain or suffering" means the prolonged mental harm caused by or resulting from—

(A)the intentional infliction or threatened infliction of severe physical pain or suffering;

(B)the administration or application, or threatened administration or application, of mind-altering substances or other procedures calculated to disrupt profoundly the senses or the personality;

(C)the threat of imminent death; or

(D)the threat that another person will imminently be subjected to death, severe physical pain or suffering, or the administration or

application of mind-altering substances or other procedures calculated
to disrupt profoundly the senses or personality; and

**(3)**"United States" means the several States of the United States, the
District of Columbia, and the commonwealths, territories, and
possessions of the United States.

(I)Discription of Torture

The Eric Flores is proceeding informa pauperis and pro se as the
representative party on behalf of a protected class of Mexican American
citizens of the United States to complain against diplomatic persons of
another nation that have solicitated an organized group of executive
employees of the federal government that are persons of white
American national origin to use advanced technology with a direct
signal to the satellite in outerspace that has the capability of
calculateing a genetic code to cause the petitioner and his immediate
relatives severe physical or mental pain for long durations exceeding
calendar years which was equivalent in intensity to organ failure ,
impairment of body functions , and death.

The following is a description of the acts of torture that were inflicted
upon the petitioner and his immediate relatives which are supported by

freeworld hospital medical records showing that the petitioner and his

immediate relatives sought medical treatment for extraordinary

injuries as a result of being tortured for long durations exceeding

calendar years which was equivalent in intensity to organ failure ,

impairment of body functions , and death.

(A)The petitioner Eric Flores describes the acts of torture that were

inflicted upon his mother Cynthia Lorenza Flores whom is of competent

and sound mind to attest to the following acts of cruel and unusual

punishment resulting in more than de minimus injuries.

(i)The petitioner Eric Flores complains that there are diplomatic

persons of another nation that have solicitated an organized group of

executive employees of the federal government that are persons of white

American national origin to use advanced technology with a direct

signal to the satellite in outerspace that has the capability of

calculateing a genetic code to cause Cynthia Lorenza Flores severe

mental pain for long durations exceeding calendar years which was

equivalent in intensity to profoundly disrupt her personality and senses

for the purpose of takeing physical control of her mental state of mind

to compel her into an act of dures such as solicitateing or using a

controlled substance named cocaine that is drastically deteriateing her

physical appearance and mental state of mind almost leading to her

death requiring medical treatment from a forensic medical professional

in a freeworld hospital named Sierra Medical Center located at 3280

Joe Battle Blvd., El Paso Texas 79938.

(ii) The petitioner Eric Flores complains that there are diplomatic

persons of another nation that have solicitated an organized group of

executive employees of the federal government that are persons of white

American national origin to use advanced technology with a direct

signal to the satellite in outerspace that has the capability of

calculateing a genetic code to cause Cynthia Lorenza Flores severe

psychological mental harm or pain for long durations exceeding

calendar years which was equivalent intensity to cause her body

tempatures to raise above 110% degrees resulting in what appeared to

be large black and red bubbled abrasions such as second degree burns

around her neck, head, and body which almost resulted in her death

requiring medical treatment from a forensic medical professional in a

freeworld hospital named Sierra Medical Center located at 3280 Joe

Battle Blvd., El Paso Texas 79938.

(iii) The petitioner Eric Flores complains that there are diplomatic persons of another nation that have solicitated an organized group of executive employees of the federal government that are persons of white American national origin to use advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to cause Cynthia Lorenza Flores severe spinal pain for long durations exceeding calendar years which was equivalent intensity to result in an impairment of her body functions almost leading to her death requiring medical treatment from a forensic medical professional in a freeworld hospital named Sierra Medical Center located at 3280 Joe. Battle Blvd., El Paso Texas 79938.

(iv) The petitioner Eric Flores complains that there are diplomatic persons of another nation that have solicitated an organized group of executive employees of the federal government that are persons of white American national origin to use advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to cause Cynthia Lorenza Flores severe heart pain for long durations exceeding calendar years which was equivalent intensity to cardiac and respatory failure almost resulting in

her death requiring medical treatment from a forensic medical
professional in a freeworld hospital named Sierra Medical Center
located at 3280 Joe Battle Blvd., El Paso Texas 79938.

(v) The petitioner Eric Flores complains that there are diplomatic
persons of another nation that have solicitated an organized group of
executive employees of the federal government that are persons of white
American national origin to use advanced technology with a direct
signal to the satellite in outerspace that has the capability of
calculateing a genetic code to virtuely communicate vulgar language to
harrasse Cynthia Lorenza Flores mental state of mind for long
durations exceeding calendar years which was equivalent intensity to
cause her mental exhaustion leading to sleep deprivation almost
resulting in her death requiring medical treatment from a forensic
medical professional in a freeworld hospital named Sierra Medical
Center located at 3280 Joe Battle Blvd., El Paso Texas 79938.

(vi) The petitioner Eric Flores complains that there are diplomatic
persons of another nation that have solicitated an organized group of
executive employees of the federal government that are persons of white
American national origin to use advanced technology with a direct

signal to the satellite in outerspace that has the capability of
calculateing a genetic code to cause Cynthia Lorenza Flores severe
abdominal pain for long durations exceeding calendar years which was
equivalent intensity to form a combustion in her lower abdominal
region resulting in her deficateing blood during her bowmovement
requiring medical treatment from a forensic medical professional in a
freeworld hospital named Sierra Medical Center located at 3280 Joe
Battle Blvd., El Paso Texas 79938.

(vii) The petitioner Eric Flores complains that there are diplomatic
persons of another nation that have solicitated an organized group of
executive employees of the federal government that are persons of white
American national origin to use advanced technology with a direct
signal to the satellite in outerspace that has the capability of
calculateing a genetic code to virtuely communicate threats to use a
weapon such as a gun to shoot and cause the death of Cynthia Lorenza
Flores or her immediate relatives in retaliation to the invocation of the
petitioner constitutional right to complain in a court of law against the
organized group of executive employees of the federal government for
tortureing to death more than three members of a protected classs of

Mexican American citizens without the authorization of the United States government.

(viii) The petitioner Eric Flores complains that there are diplomatic persons of another nation that have solicitated an organized group of executive employees of the federal government that are persons of white American national origin to use advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to take physical control of Cynthia Lorenza Flores mental state of mind while she is driving a vehicle for the purpose of compeling her into an act of dures such as crashing her vehicle into another object or person so as to cause her serious physical injury almost leading to her death requiring medical treatment from a forensic medical professional in a freeworld hospital named Sierra Medical Center located at 3280 Joe Battle Blvd., El Paso Texas 79938.

(ix) The petitioner Eric Flores complains that there are diplomatic persons of another nation that have solicitated an organized group of executive employees of the federal government that are persons of white American national origin to use advanced technology with a direct signal to the satellite in outerspace that has the capability of

calculateing a genetic code to take physical control of another persons mental state of mind while that person is driving a vehicle for the purpose of compelling that person into an act of dures such as crashing that persons vehicle into Cynthia Lorenza Flores or her immediate relatives in attempt to cause there death as a form of retaliation against the invocation of the petitioner constitutional rights to complain in a federal court of law against the organized group of executive employees of the federal government for tortureing to death more than three members of a protected class of Mexican American citizens without the authorization of the United States government.

(x) The petitioner Eric Flores complains that there are diplomatic persons of another nation that have solicited an organized group of executive employees of the federal government that are persons of white American national origin to use advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to raise Cynthia Lorenza Flores blood pressure to high abnormal levels for long durations exceeding calendar days in which was equivalent in intensity to cardiac and respatory failure almost leading to her death requiring medical treatment from a

medical professional at a freeworld hospital named Sierra Medical Center located at 3280 Joe Battle Blvd., El Paso Texas 79936.

(xi) The petitioner Eric Flores complains that there are diplomatic persons of another nation that have solicitated an organized group of executive employees of the federal government that are persons of white American national origin to use advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to profoundly disrupt the personality and senses of Cynthia Lorenza Flores for long durations exceeding calendar yaers in which is to take physical control of her mental state of mind to compel her into an act of dures by a calculated procedures to have sexual intercourse with another person of Mexican American national origin by the name of Eddie whom is directly related to a member of the organized group of executive employees of the federal government constituteing sexual assault in the first degree resulting in vineral diseases requiring medicaltreatment from aforensic medicalprofessional in a freeworld hospital named Sierra Medical Center locatedat 3280 Joe Battle Blvd.,El Paso Texas 79936.

(x) The petitioner Eric Flores complains that there are diplomatic persons of another nation that have solicitated an organized group of executive employees of the federal government that are persons of white American national origin to use advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to cause Cynthia Lorenza Flores severe gulblatter pain for long durations exceeding calendar days in which is eqyuivalent in intensity to impair her gulblatter functions promoteing an abcess that almost lead to her death requiring medical treatment from a forensic medical professional to keep her from dieing at a freeworld hospital named Sierra Medical Center located at 3280 Joe Battle Blvd., El Paso Texas 79938.

(B) The petitioner Eric Flores describes the acts of torture that were inflicted upon his father Javier Vensor Flores Senior whom is of competent and sound mind to attest to the following acts of cruel and unusual punishment resulting in more than de minimus injuries.

(i) The petitioner Eric Flores complains that there are diplomatic persons of another nation that have solicitated an organized group of executive employees of the federal government that are persons of white

American national origin to use advanced technology with a direct

signal to the satellite in outerspace that has the capability of

calculateing a genetic code to cause Javier Vensor Flores Senior severe

mental pain for long durations exceeding calendar years which was

equivalent in intensity to profoundly disrupt his personality and senses

for the purpose of takeing physical control of his mental state of mind to

compel him into an act of dures such as solicitateing or using a

controlled substance named cocaine that is drastically deteriateing his

physical appearance and mental state of mind almost leading to his

death requiring medical treatment from a forensic medical professional

in a freeworld hospital named Sierra Medical Center located at 3280

Joe Battle Blvd., El Paso Texas 79938.

(ii) The petitioner Eric Flores complains that there are diplomatic

persons of another nation that have solicitated an organized group of

executive employees of the federal government that are persons of white

American national origin to use advanced technology with a direct

signal to the satellite in outerspace that has the capability of

calculateing a genetic code to cause Javier Vensor Flores Senior severe

spinal pain for long durations exceeding calendar years which was

equivalent in intensity to result in an impairment of his body functions almost leading to his death requiring medical treatment from a forensic medical professional in a freeworld hospital named Sierra Medical Center located at 3280 Joe Battle Blvd., El Paso Texas 79938.

(iii) The petitioner Eric Flores complains that there are diplomatic persons of another nation that have solicitated an organized group of executive employees of the federal government that are persons of white American national origin to use advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to cause Javier Vensor Flores Senior severe abdominal pain for long durations exceeding calendar years which was equivalent in intensity to form an inflammation of an abcess specifically near the area of his liver and kidney leading to organ failure almost resulting in his death requiring medical treatment from a forensic medical professional in a freeworld hospital named Sierra Medical Center located at 3280 Joe Battle Blvd., El Paso Texas 79938.

(iv) The petitioner Eric Flores complains that there are diplomatic persons of another nation that have solicitated an organized group of executive employees of the federal government that are persons of white

American national origin to use advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to cause Javier Vensor Flores Senior severe abdominal pain for long durations exceeding calendar years which was equivalent in intensity to form a combustion in his lower abdominal region resulting in him deficateing blood during his bowmovement requiring medical treatment from a forensic medical professional in a freeworld hospital named Sierra Medical Center located at 3280 Joe Battle Blvd., El Paso Texas 79938.

(v) The petitioner Eric Flores complains that there are diplomatic persons of another nation that have solicitated an organized group of executive employees of the federal government that are persons of white American national origin to use advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to cause Javier Vensor Flores Senior severe heart pain for long durations exceeding calendar years which was equivalent in intensity to cardiac and respatory failure almost leading to his death requiring medical treatment from a forensic medical

professional in a freeworld hospital named Sierra Medical Center
located at 3280 Joe Battle Blvd., El Paso Texas 79938.

(vi) The petitioner Eric Flores complains that there are diplomatic
persons of another nation that have solicitated an organized group of
executive employees of the federal government that are persons of white
American national origin to use advanced technology with a direct
signal to the satellite in outerspace that has the capability of
calculateing a genetic code to virtuely communicate threats to use a
weapon such as a gun to shoot and cause the death of Javier Vensor
Flores Senior or his immediate relatives in retaliation to the invocation
of the petitioner constitutional rights to complain in a federal court of
law against the organized group of executive employees of the federal
government for tortureing to death more than three membes of a
protected class of Mexican American citizens without the authorization
of the United States government.

(vii) The petitioner Eric Flores complains that there are diplomatic
persons of another nation that have solicitated an organized group of
executive employees of the federal government that are persons of white
American national origin to use advanced technology with a direct

signal to the satellite in outerspace that has the capability of calculateing a genetic code to virtuely communicate valgur language to harrasse Javier Vensor Flores Senior mental state of mind for long durations exceeding calendar years which was equivalent intensity to cause him mental exhaustion leading to sleep deprivation almost resulting in his death requiring medical treatment from a forensic medical professional in a freeworid hospital named Sierra Medical Center located at 3280 Joe Battle Blvd., El Paso Texas 79938.

(viii) The petitioner Eric Flores complains that there are diplomatic persons of another nation that have solicitated an organized group of executive employees of the federal government that are persons of white American national origin to use advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to take physical control of Javier Vensor Flores Senior mental state of mind while he is driving a vehicle for the purpose of compelling him into an act of dures such as crashing his vehicle into another object or person so as to cause him serious physical injury almost leading to his death requiring medical treatment from a

forensic medical professional in a freeworld hospital named Sierra

Medical Center located at 3280 Joe Battle Blvd., El Paso Texas 79938.

(ix) The petitioner Eric Flores complains that there .are diplomatic

persons of another nation that have solicitated an organized group of

executive employees of the federal government that are persons of white

American national origin to use advanced technology with a direct

signal to the satellite in outerspace that has the capability of

calculateing a genetic code to take physical control of another persons

mental state of mind while that person is driving a vehicle for the

purpose of compelling that person into an act of dures such as crashing

that persons vehicle into Javier Vensor Flores Senior or his immediate

relatives in attempt to cause there death as a form of retaliation against

the invocation of the petitioner constitutional rights to complain in a

federal court of law against the organized group of executive employees

of the federal government for tortureing to death more than three

members of a protected class of Mexican American citizens without the

authorization of the United States government.

(x) The petitioner Eric Flores complains that there .are diplomatic

persons of another nation that have solicitated an organized group of

executive employees of the federal government that are persons of white

American national origin to use advanced technology with a direct

signal to the satellite in outerspace that has the capability of

calculateing a genetic code to cause Javier Vensor Flores Senior high

blood pressure for long durations exceeding calendar days in which was

equivalent in intensity to cardiac and respatory failure almost leading

to his death requiring medical treatment from a forensic

medicalprofessional in a freeworld hospital named Sierra Medical

Center located at 3280 Joe Battle Blvd., El Paso Texas 79936.

(xi) The petitioner Eric Flores complains that there .are diplomatic

persons of another nation that have solicitated an organized group of

executive employees of the federal government that are persons of white

American national origin to use advanced technology with a direct

signal to the satellite in outerspace that has the capability of

calculateing a genetic code to raise Javier Vensor Flores Senior sugar

blood levels to an abnormal rate for long durations exceeding calendar

days in which was equivalent in intensity to cause him uncontrollable

diabietes that is eating away at his eye cornia and lever almost leading

to his death requiring medical treatment from a forensic medical

professional to keep him from dieing at a freeworld hospital named

Sierre Medical Center located at 3280 Joe Battle Blvd., El Paso Texas

79938.

(C) The petitioner Eric Flores describes the acts of torture that caused

the death of the petitioner brother Javier Flores Junior in retaliation to

the invocation of the petitioner constitutional rights to complain in a

court of law against the organized group of executive employees of the

federal government for tortureing to death more than three members of

a protected class of Mexican American citizens without the

authorization of the United States government.

(i) The petitioner Eric Flores complains that there are diplomatic

persons of another nation that have solicitated an organized group of

executive employees of the federal government that are persons of white

American national origin to use advanced technology with a direct

signal to the satellite in outerspace that has the capability of

calculateing a genetic code to cause Javier Flores Junior severe mental

pain for long durations exceeding calendar years which was equivalent

in intensity to profoundly disrupt his personality and senses for the

purpose of distorting his mental state of mind so as to not allow him to

competently answer a medical professional questions to determine the
competency of his mental capacity to stand trail for the criminal
proceedings then pending against him in which was to deem him
incompetent to stand trail with a mental disorder to remand him into a
mental health facility named El Paso County Psychiatric Center located
at 4505 Alameda Avenue El Paso Texas 79905.

(ii) The petitioner Eric Flores complains that there are diplomatic
persons of another nation that have solicited an organized group of
executive employees of the federal government that are persons of white
American national origin to use advanced technology with a direct
signal to the satellite in outerspace that has the capability of
calculateing a genetic code to cause Javier Flores Junior severe spinal
pain for long durations exceeding calendar years which was equivalent
in intensity to an impairment of his body functions almost resulting in
his death requiring medical treatment from a forensic medical
professional in a freeworld hospital named Sierra Medical Center
located at 3280 Joe Battle Blvd., El Paso Texas 79938.

(iii) The petitioner Eric Flores complains that there are diplomatic
persons of another nation that have solicited an organized group of

executive employees of the federal government that are persons of white
American national origin to use advanced technology with a direct
signal to the satellite in outerspace that has the capability of
calculateing a genetic code to cause Javier Flores Junior severe heart
pain for long durations exceeding calendar years which was equivalent
in intensity to cardiac and respatory failure almost resulting in his
death requiring medical treatment from a forensic medical professional
in a freeworld hospital named Sierra Medical Center located at 3280
Joe Battle Blvd., El Paso Texas 79938.

(iv) The petitioner Eric Flores complains that there are diplomatic
persons of another nation that have solicitated an organized group of
executive employees of the federal government that are persons of white
American national origin to use advanced technology with a direct
signal to the satellite in outerspace that has the capability of
calculateing a genetic code to cause Javier Flores Junior severe
abdominal pain for long durations exceeding calendar years which was
equivalent in intensity to form a combustion in his lower abdominal
region resulting in him deficateing blood during his bowmovement
requiring medical treatment from a forensic medical professional in a

freeworld hospital named Sierra Medical Center located 3280 Joe Battle Blvd., El Paso Texas 79938.

(v) The petitioner Eric Flores complains that there are diplomatic persons of another nation that have solicitated an organized group of executive employees of the federal government that are persons of white American national origin to use advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to virtuely communicate vulgar or malicious language to harrasse Javier Flores Junior mental state of mind for long durations exceeding calendar years which was equivalent in intensity to mental exhaustion leading to sleep deprivation almost resulting in his death requiring medical treatment from a forensic medical professional In a freeworld hospital named Sierra Medical Center located at 3280 Joe Battle Blvd., El Paso Texas 79938.

(vi) The petitioner Eric Flores complains that there are diplomatic persons of another nation that have solicitated an organized group of executive employees of the federal government that are persons of white American national origin to use advanced technology with a direct signal to the satellite in outerspace that has the capability of

calculateing a genetic code to Javier Flores Junior severe mental pain

for long durations exceeding calendar days in which was equivalent in

intensity to a great amount of pain to his brain that impaired his ability

to mentally function like a normal human being almost leading to his

death requiring medical treatment from a forensic medical professional

to keep him from dieing in a freeworld hospital named Sierra Medical

Center located at 3280 Joe Battle Blvd., El Paso Texas 79938.

(vii) The petitioner Eric Flores complains that there are diplomatic

persons of another nation that have solicitated an organized group of

executive employees of the federal government that are persons of white

American national origin to use a gun to shoot and cause the death of

Javier Flores Junior in retaliation to the invocation of the petitioner

constitutional rights to complain in a court of law against the organized

group of executive employees of the federal government for tortureing to

death more than three members of a protected clas of Mexican

American citizens without the authorization of the United States

government.

(D) The petitioner Eric Flores describes the acts of torture that caused

him more than de minimus injuries in retaliation to the invocation of

his constitutional rights to complain in a federal court of law against
the organized group of executive employees of the federal government
for tortureing to death more than three members of a protected class of
Mexican American citizens without the authorization of the United
States government.

(i) The petitioner Eric Flores complains that there are diplomatic
persons of another nation that have solicitated an organized group of
executive employees of the federal government that are persons of white
American national origin to use advanced technology with a direct
signal to the satellite in outerspace that has the capability of
calculateing a genetic code to cause Eric Flores severe mental pain for
long durations exceeding calendar years which was equivalent in
intensity to an extreme amount of pain to his brain such as an
aneriyzum leading to brain damage almost resulting in his death
requiring medical treatment from a medical professional in a freeworid
hospital named Sierra Medical Center located at 3280 Joe Battle Blvd.,
El Paso Texas 79938.

(ii) The petitioner Eric Flores complains that there are diplomatic
persons of another nation that have solicitated an organized group of

executive employees of the federal government that are persons of white American national origin to use advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to cause Eric Flores severe spinal pain for long durations exceeding calendar years which was equivalent in intensity to an extreme amount of pain to his upper and lower back resulting in an impairment of his body functions almost leading to his death requiring medical treatment from a medical professional in a freeworld hospital named Sierra Medical Center located at 3280 Joe Battle Blvd., El Paso Texas 79938.

(iii) The petitioner Eric Flores complains that there are diplomatic persons of another nation that have solicitated an organized group of executive employees of the federal government that are persons of white American national origin to use advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to cause Eric Flores severe heart pain for long durations exceeding calendar years which was equivalent in intensity to an extreme amount of pain to his heart such as cardiac and respatory failure almost resulting in his death requiring medical

treatment from a medical professional in a freeworld hospital named Sierra Medical Center located at 3280 Joe Battle Blvd., El Paso Texas 79938.

(iv) The petitioner Eric Flores complains that there are diplomatic persons of another nation that have solicitated an organized group of executive employees of the federal government that are persons of white American national origin to use advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to cause Eric Flores severe abdominal pain for long durations exceeding calendar years which was equivalent in intensity to an extreme amount of pain to his stomach such as a combustion in his lower abdominal region causeing him to deficate blood during his bowmovement almost resulting in his death requiring medical treatment from a medical professional in a freeworld hospital named Sierra Medical Center located at 3280 Joe Battle Blvd., El Paso Texas 79938.

(v) The petitioner Eric Flores complains that there are diplomatic persons of another nation that have solicitated an organized group of executive employees of the federal government that are persons of white

American national origin to use advanced technology with a direct

signal to the satellite in outerspace that has the capability of

calculateing a genetic code to virtuely communicate vulgar or malicious

language to harrasse Eric Flores mental state of mind for long

durations exceeding calendar years which was equivalent in intensity to

an extreme amount of mental distress such as mental exhaustion

leading to sleep deprivation almost resulting in his death requiring

medical treatment from a medical professional in a freeworld hospital

named Sierra Medical Center located at 3280 Joe Battle Blvd., El Paso

Texas 79938.

(vi) The petitioner Eric Flores complains that there are diplomatic

persons of another nation that have solicitated an organized group of

executive employees of the federal government that are persons of white

American national origin to use advanced technology with a direct

signal to the satellite in outerspace that has the capability of

calculateing a genetic code to virtuely communicate threats to use a

weapon such as a gun to shoot and cause the death of Eric Flores or his

immediate relatives in retaliation to the invocation of the petitioner

constitutional rights to complain in a court of law against the organized

group of executive employees of the federal government for tortureing to death more than three members of a protected class of Mexican American citizens without the authorization of the United States government.

(vii) The petitioner Eric Flores complains that there are diplomatic persons of another nation that have solicitated an organized group of executive employees of the federal government that are persons of white American national origin to use advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to take physical control of Eric Flores mental state of mind while he is driving a vehicle for the purpose of compeling him into an act of dures such as crashing his vehicle into another object or person so as to cause him serious physical injury almost leading to his death requiring medical treatment from a forensic medical professional in a freeworld hospital named Sierra Medical Center located at 3280 joe Battle Blvd., El Paso Texas 79938.

(viii) The petitioner Eric Flores complains that there are diplomatic persons of another nation that have solicitated an organized group of executive employees of the federal government that are persons of white

American national origin to use advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to take physical control of another persons mental state of mind while that person is driving another vehicle for the purpose of compelling that person into an act of dures such as crashing his vehicle into Eric Flores or his immediate relatives in attempt to cause there death as a form of retaliation to the invocation of his constitutional rights to complain against the organized group of executive employees of the federal government for tortureing to death more than three members of a protected class of Mexican American citizens without the authorization of the United States government.

(ix) The petitioner Eric Flores complains that there are diplomatic persons of another nation that have solicitated an organized group of executive employees of the federal government that are persons of white American national origin to use advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to cause the petitioner Eric Flores severe pain to the soles of his feet for long durations exceeding calendar days inwhich was equivalent in intensity to a great amount of pain to the

soles of the petitioners feet so as to prevent the petitioner from walking during the course of his daily business in pursueing criminal charges against the organized group of executive employees of the federal government that are persons of white american national origin for useing deadly technology to torture to death more than three members of a protected class of mexican american citizens of the United States without the authorization of the United States government.

(x) The petitioner Eric Flores complains that there are diplomatic persons of another nation that have solicitated an organized group of executive employees of the federal government that are persons of white American national to use advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to cause the petitioner Eric Flores severe pain to his jaw bone for long durations exceeding calendar days in which was equivalent in intensity to a broken jaw bone almost leading to the petitioners death requiring medical treatment from a freeworld medical professional in a freeworld hospital named Sierra Medical Center located at 3280 Joe Battle Blvd., El Paso texas 79936.

(xi) The petitioner Eric Flores complains that there are diplomatic persons of another nation that have solicitated an organized group of executive employees of the federal government that are persons of white American national origin to use advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to cause the petitioner Eric Flores severe ankle pain for long durations exceeding minutes in which was equivalent in intensity to broken ankle resulting in a great amount of pain requireing medical treatment from a forensic medical professionalin a freeworld hospital named Sierra Medical Center locatedat 3280 Joe Battle Blvd., El Paso Texas 79936.

(xii) The petitioner Eric Flores complains that there are diplomatic persons of another nation that have solicitated an organized group of executive employees of the federal government that are persons of white American national origin to use advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to profoundly disrupt the personality and senses of the petitioner Eric Flores for long durations exceeding calendar days in which is equivalent in intensity to take physical

control of his mental state of mind to compel him into an act of dures by a calculated procedure to enact the same breathing arythamatics as another person of Mexican , African , or white American national origin so as give an indication of that persons capability of using deadly technology to impair the petitioners respatory function with the specific intent of causeing the death of the petitioner or his immediate relatives for the purpose of intimidateing the petitioner to discontinue communicateing to federal law enforcement agencies to prevent an investigation that can result in lawful sanction against the aforementioned person for their negligent torturious conduct that has resulted in the death of more than four of my immediate relatives without the authorization of the United States government.

(xiii) The petitioner Eric Flores complains that there are diplomatic persons of another nation that have solicitated an organized group of executive employees of the federal government that are persons of white American national origin to use advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to cause the petitioner Eric Flores electric currents to sensitive parts of the brain for long durations exceeding

calendar days in which was equivalent in intensity to an electric chair
execution almost leading to his death requiring medical treatment from
a forensic medical professional to keep him from dieing.

(ivx) The petitioner Eric Flores complains that there are diplomatic
persons of another nation that have solicitated an organized group of
executive employees of the federal government that are persons of white
American national origin to use advanced technology with a direct
signal to the satellite in outerspace that has the capability of
calculateing a genetic code to cause the petitioner Eric Flores severe
psychological harm for long durations exceeding calendar  years in
which was equivalent in intensity to the explosion of a nuclear weapon
almost leading to the petitioners death requiring medical treatment
from a forensic medical professional to keep the petitioner from dieing.


(E) The petitioner Eric Flores further describes the acts of torture that
were inflicted upon his brother Andy Flores whom is of competent and
sound mind to attest to the following acts or omissions of cruel and
unusual punishment.

(i) The petitioner Eric Flores complains that there are diplomatic persons of another nation that have solicitated an organized group of executive employees of the federal government that are persons of white American national origin to use advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to cause Andy Flores severe mental pain for long durations exceeding calendar years which was equivalent in intensity to an extreme amount of pain to his brain that profoundly disrupt his personality and senses for the purpose of takeing physical control of his mental state of mind to compel him into an act of dures such as using or solicitateing a controlled substance named cocaine that is drastically deteriateing his physical and mental health almost resulting in his death requiring medical treatment from a medical professional in a freeworld hospital named Sierra Medical Center located at 3280 Joe Battle Blvd., El Paso Texas 79938.

(ii) The petitioner Eric Flores complains that there are diplomatic persons of another nation that have solicitated an organized group of executive employees of the federal government that are persons of white American national origin to use advanced technology with a direct

signal to the satellite in outerspace that has the capability of calculateing a genetic code to cause Andy Flores severe spinal pain for long durations exceeding calendar years which was equivalent in intensity to an extreme amount of pain to his upper and lower back that resulted in an impairment of his body functions almost leading to his death requiring medical treatment from a medical professional in a freeworld hospital named Sierra Medical Center located at 3280 Joe Battle Blvd., El Paso Texas 79938.

(iii) The petitioner Eric Flores complains that there are diplomatic persons of another nation that have solicitated an organized group of executive employees of the federal government that are persons of white American national origin to use advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to cause Andy Flores severe heart pain for long durations exceeding calendar years which was equivalent in intensity to an extreme amount of pain to his heart such as cardiac and respatory failure almost resulting in his death requiring medical treatment from a medical professional in a freeworld hospital named

Sierra Medical Center located at 3280 Joe Battle Blvd., El Paso Texas 79938.

(iv) The petitioner Eric Flores complains that there are diplomatic persons of another nation that have solicitated an organized group of executive employees of the federal government that are persons of white American national origin to use advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to cause Andy Flores severe abdominal pain for long durations exceeding calendar years which was equivalent in intensity to an extreme amount of pain in his stomach such a combustion in his lower abdominal region causeing him to deficate blood during his bowmovement almost leading to his death requiring medical treatment from a medical professional in a freeworld hospital named Sierra Medical Center located at 3280 Joe Battle Blvd., El Paso Texas 79938.

(v) The petitioner Eric Flores complains that there are diplomatic persons of another nation that have solicitated an organized group of executive employees of the federal government that are persons of white American national origin to use advanced technology with a direct

signal to the satellite in outerspace that has the capability of calculateing a genetic code to virtuely communicate vulgar or malicious language to harrasse Andy Flores mental state of mind for long durations exceeding calendar years which was equivalent in intensity to an extreme amount of mental distress that resulted in mental exhaustion leading to sleep deprivation almost resulting in his death requiring medical treatment from a forensic medical professional in a freeworld hospital named Sierra Medical Center located at 3280 Joe Battle Blvd., El Paso Texas 79938.

(vi) The petitioner Eric Flores complains that there are diplomatic persons of another nation that have solicitated an organized group of executive employees of the federal government that are persons of white American national origin to use advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to virtuely communicate threats to use a weapon such as a gun to shoot and cause the death of Andy Flores or his immediate relatives in retaliation to the invocation of his constitutional rights to complain against the organized group of executive employees of the federal government for tortureing to death

more than three members of a protected class of Mexican American
citizens without the authorization of the United States government.
(vii) The petitioner Eric Flores complains that there are diplomatic
persons of another nation that have solicited an organized group of
executive employees of the federal government that are persons of white
American national origin to use advanced technology with a direct
signal to the satellite in outerspace that has the capability of
calculateing a genetic code to take physical control of Andy Flores
mental state of mind while he is driving a vehicle for the purpose of
compeling him into an act of dures such as crashing his vehicle into
another object or person so as to cause him serious physical injury
almost leading to his death requiring medical treatment from a forensic
medical professional in a freeworld hospital named Sierra Medical
Center located at 3280 joe Battle Blvd., El Paso Texas 79938.
(viii) The petitioner Eric Flores complains that there are diplomatic
persons of another nation that have solicited an organized group of
executive employees of the federal government that are persons of white
American national origin to use advanced technology with a direct
signal to the satellite in outerspace that has the capability of

calculateing a genetic code to take physical control of another persons

mental state of mind while that person is driving another vehicle for the

purpose of compeloling that person into an act of dures such as crashing

his vehicle into Andy Flores or his immediate relatives in attempt to

cause there death as a form of retaliation to the invocation of his

constitutional rights to complain against the organized group of

executive employees of the federal government for tortureing to death

more than three members of a protected class of Mexican American

citizens without the authorization of the United States government.

(F) The petitioner Eric Flores further describes the acts of torture that

were inflicted upon his sister Joann Flores whom is of competent and

sound mind to attest to the following acts or omissions of cruel and

unusual punishment.

(i) The petitioner Eric Flores complains that there are diplomatic

persons of another nation that have solicitated an organized group of

executive employees of the federal government that are persons of white

American national origin to use advanced technology with a direct

signal to the satellite in outerspace that has the capability of

calculateing a genetic code to cause Joanna Flores severe mental pain

for long durations exceeding calendar years which was equivalent in intensity to an extreme amount of pain to her brain that profoundly disrupt her personality and senses for the purpose of takeing physical control of her mental state of mind to compel her into an act of dures such as using or solicitateing a controlled substance named cocaine that is drastically deteriateing her physical and mental health almost resulting in her death requiring medical treatment from a medical professional in a freeworld hospital named Sierra Medical Center located at 3280 Joe Battle Blvd., El Paso Texas 79938.

(ii) The petitioner Eric Flores complains that there are diplomatic persons of another nation that have solicitated an organized group of executive employees of the federal government that are persons of white American national origin to use advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to cause Joanna Flores severe spinal pain for long durations exceeding calendar years which was equivalent in intensity to an extreme amount of pain to her upper and lower back that caused her an impairment of her body functions almost resulting in her death requiring medical treatment from a medical professional in a

freeworld hospital named Sierra Medical Center located at 3280 Joe Battle Blvd., El Paso Texas 79938.

(iii) The petitioner Eric Flores complains that there are diplomatic persons of another nation that have solicitated an organized group of executive employees of the federal government that are persons of white American national origin to use advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to cause Joanna Flores severe heart pain for long durations exceeding calendar years which was equivalent in intensity to an extreme amount of pain to her heart such as cardiac and respatory failure almost resulting in her death requiring medical treatment from a medical professional in a freeworld hospital named Sierra Medical Center located at 3280 Joe Battle Blvd., El Paso Texas 79938.

(iv) The petitioner Eric Flores complains that there are diplomatic persons of another nation that have solicitated an organized group of executive employees of the federal government that are persons of white American national origin to use advanced technology with a direct signal to the satellite in outerspace that has the capability of

calculateing a genetic code to cause Joanna Flores severe abdominal pain for long durations exceeding calendar years which was equivalent in intensity to an extreme amount of pain in her stomach such as a combustion in her lower abdominal region causeing her to deficate blood during her bowmovement almost leading to her death requiring medical treatment from a medical professional in a freeworld hospital named Sierra Medical Center located at 3280 Joe Battle Blvd., El Paso Texas 79938.

(v) The petitioner Eric Flores complains that there are diplomatic persons of another nation that have solicitated an organized group of executive employees of the federal government that are persons of white American national origin to use advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to virtuely communicate vulgar or malicious language to harrasse Joanna Flores mental state of mind for long durations exceeding calendar years which was equivalent in intensity to an extreme amount of mental distress that caused her mental exhaustion leading to sleep deprivation almost resulting in her death requiring medical treatment from a forensic medical professional in a

freeworld hospital named Sierra Medical Center located at 3280 Joe Battle Blvd., El Paso Texas 79938.

(vi) The petitioner Eric Flores complains that there are diplomatic persons of another nation that have solicitated an organized group of executive employees of the federal government that are persons of white American national origin to use advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to virtuely communicate threats to use a weapon such as a gun to shoot and cause the death of Joanna Flores or her immediate relatives in retaliation to the invocation of her constitutional rights to complain against the organized group of executive employees of the federal government for tortureing to death more than three members of a protected class of Mexican American citizens without the authorization of the United States government.

(vii) The petitioner Eric Flores complains that there are diplomatic persons of another nation that have solicitated an organized group of executive employees of the federal government that are persons of white American national origin to use advanced technology with a direct signal to the satellite in outerspace that has the capability of

calculateing a genetic code to take physical control of Joanna Flores

mental state of mind while she is driving a vehicle for the purpose of

compeling her into an act of dures such as crashing her vehicle into

another object or person so as to cause her serious physical injury

almost leading to her death requiring medical treatment from a forensic

medical professional in a freeworld hospital named Sierra Medical

Center located at 3280 joe Battle Blvd., El Paso Texas 79938.

(viii) The petitioner Eric Flores complains that there are diplomatic

persons of another nation that have solicitated an organized group of

executive employees of the federal government that are persons of white

American national origin to use advanced technology with a direct

signal to the satellite in outerspace that has the capability of

calculateing a genetic code to take physical control of another persons

mental state of mind while that person is driving another vehicle for the

purpose of compelling that person into an act of dures such as crashing

that persons vehicle into Joanna Flores or her immediate relatives in

attempt to cause there death as a form of retaliation to the invocation of

the petitioners constitutional rights to complain against the organized

group of executive employees of the federal government for tortureing to

death more than three members of a protected class of Mexican American citizens without the authorization of the United States government.

(ix) The petitioner Eric Flores complains that there are diplomatic persons of another nation that have solicitated an organized group of executive employees of the federal government that are persons of white American national origin to use advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to profoundly disrupt the personality and senses of Joanna Flores for long durations exceeding calendar days in which was equivalent in intensity to take physical control of her mental state of mind to compel her by a calculated procedure into a an act of dures to have sexual intercourse with another person without her awareness or her consent constituteing sexual assault in the first degree resulting in vineral diseases requiring medicaltreatment from aforensic medicalprofessional in a freeworld hospital named Sierra Medical Center locatedat 3280 Joe Battle Blvd.,El Paso Texas 79936. (G) The petitioner Eric Flores describes the acts of torture that were inflicted upon his brother Steven Flores whom is of competent and

sound mind to attest to the following acts or omissions of cruel and unusual punishment.

(i) The petitioner Eric Flores complains that there are diplomatic persons of another nation that have solicitated an organized group of executive employees of the federal government that are persons of white American national origin to use advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to cause Steven Flores severe mental pain for long durations exceeding calendar years which was equivalent in intensity to an extreme amount of pain to his brain that profoundly disrupted his personality and senses for the purpose of takeing physical control of his mental state of mind to compel him into an act of dures such as using or solicitateing a controlled substance named marijuana that is drastically deteriateing his physical and mental health almost resulting in his death requiring medical treatment from a medical professional in a freeworld hospital named Sierra Medical Center located at 3280 Joe Battle Blvd., El Paso Texas 79938.

(ii) The petitioner Eric Flores complains that there are diplomatic persons of another nation that have solicitated an organized group of

executive employees of the federal government that are persons of white American national origin to use advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to cause Steven Flores severe ear drum pain for long durations exceeding calendar years which was equivalent in intensity to an extreme amount of pain to his ear drum that caused him an ear infection almost resulting in his death requiring medical treatment from a medical professional in a freeworid hospital named Sierra Medical Center located at 3280 Joe Battle Blvd., El Paso Texas ·79938.

(iii) The petitioner Eric Flores complains that there are diplomatic persons of another nation that have solicitated an organized group of executive employees of the federal government that are persons of white American national origin to use advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to cause Steven Flores severe eye socket pain for long durations exceeding calendar years which was equivalent in intensity to an extreme amount of pain to his eye socket that caused him an eye infection leading to blindness almost resulting in his death

requiring medical treatment from a medical professional in a freeworld hospital named Sierra Medical Center located at 3280 Joe Battle Blvd., El Paso Texas 79938.

(iv) The petitioner Eric Flores complains that there are diplomatic persons of another nation that have solicitated an organized group of executive employees of the federal government that are persons of white American national origin to use advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to cause Steven Flores severe abdominal pain for long durations exceeding calendar years which was equivalent in intensity to an extreme amount of pain in his stomach such as a combustion in his lower abdominal region causeing him to deficate blood during his bowmovement almost leading to his death requiring medical treatment from a medical professional in a freeworld hospital named Sierra Medical Center located at 3280 Joe Battle Blvd., El Paso Texas 79938.

(v) The petitioner Eric Flores complains that there are diplomatic persons of another nation that have solicitated an organized group of executive employees of the federal government that are persons of white

American national origin to use advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to virtuely communicate vulgar or malicious language to harrasse Steven Flores mental state of mind for long durations exceeding calendar years which was equivalent in intensity to an extreme amount of mental distress that caused him mental exhaustion leading to sleep deprivation almost resulting in his death requiring medical treatment from a forensic medical professional in a freeworld hospital named Sierra Medical Center located at 3280 Joe Battle Blvd., El Paso Texas 79938.

(vi) The petitioner Eric Flores complains that there are diplomatic persons of another nation that have solicitated an organized group of executive employees of the federal government that are persons of white American national origin to use advanced technology with a direct signal to the satellite in outerspace that has the capability of calculateing a genetic code to virtuely communicate threats to use a weapon such as a gun to shoot and cause the death of Steven Flores or his immediate relatives in retaliation to the invocation of his constitutional rights to complain against the organized group of