IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


ERIC FLORES                                                                    PLAINTIFF

v.                                        Civil No. 6:14-cv-6042

UNITED STATES ATTORNEY GENERAL;                              DEFENDANTS
UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES; and
SIERRA MEDICAL CENTER, a Public Health Service


## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

**ERIC FLORES** filed this civil rights action pursuant to the Federal Tort Claims Act. ECF No.

1. He proceeds *pro se* and has been granted *in forma pauperis* status.  He has also filed a Motion to

Transfer Multi district Litigation to the District of Columbia.  ECF No. 2. The case is before the

undersigned for a determination of whether service of process should issue.

### Background

In his complaint, Flores alleges unnamed Federal government employees have directed genetic

code-altering satellite transmissions from outer space at Mexican–American citizens.  Flores maintains

these transmissions have resulted in severe injuries to him and to others.  Flores suggests he would like

to obtain class-action certification for this complaint and represent all affected Mexican-American

citizens.

### Discussion

Flores has made at least four prior attempts to pursue these same claims in the Federal courts

of the Western District of Texas.  *See Flores v. McDoug*, EP-11-CV-260-FM, 2011 WL 2729192

(W.D. Tex. July 12, 2011) (discussion of the history of the various complaints filed by Flores in the

Western District of Texas).    In each case, his complaints were dismissed as frivolous.

-1-

Flores also  made the exact same claims in *Flores v. United States Attorney General, et al*, Cause No. 4:12-cv-4144, filed in the Texarkana Division of this Court.  The Honorable Susan O. Hickey, dismissed that claim as frivolous on January 25, 2013.   In the Judgment dismissing the complaint, Judge Hickey sanctioned Flores $350.00 and  ordered the Clerk of this Court accept no further filing from Flores unless he first satisfied the $350.00 sanction and requested permission from the Court prior to filing a new complaint.  A review of the Court's docket in Cause No. 4:12-cv-4144, reveals Flores has not paid the $350.00 sanction.  Further, he did not seek permission from the Court prior to filing the instant complaint.   Judge Hickey's Judgment was returned to the clerk as undeliverable to Flores at 11669 Gwen Evans Lane, El Paso, Texas, the exact address he again uses in this case.

As noted in the Report and Recommendation filed in Cause No. 4:12-cv-4144 (ECF No. 5), Flores has a lengthy history of other frivolous filings in the El Paso Division of the Western District of Texas.  Flores has disregarded clear warnings from that Court that "additional attempts to file frivolous complaints, motions, or other documents will result in  . . .  sanctions."  It is apparent that monetary sanctions do little to deter Flores from filing frivolous pleadings with the Court.

## Conclusion

I therefore recommend that this case be dismissed on the grounds the claims asserted are frivolous, fantastic, fanciful, or delusional and  fail to state claims upon which relief can be granted. Further, I recommend the following specific actions by the District Court:

1. The Court should **DENY** Plaintiff Eric Flores's Motion to Transfer Multi district Litigation (ECF No. 2).

2. The Court should **DISMISS WITH PREJUDICE** Plaintiff Eric Flores's complaint in this matter as frivolous.

3.  Based on Flores's history of frivolous and bad faith filings in the Western District of Texas, and now in this Court, the Court should sanction Plaintiff Eric Flores $350.00 for his frivolous filing in this case, which would be in addition to the $350.00 previously imposed by Judge Hickey.

4.  The Court should **BAR** Plaintiff Eric Flores from filing any further complaint or petition in this Court without first satisfying the total of $700.00 in sanctions imposed by this Court in this case and in Cause No. 4:12-4144.  Further, the Court should **BAR** Plaintiff Eric Flores from again seeking to proceed *in forma pauperis* in this Court.

5.  The Court should direct the Clerk's Office of the Western District of Arkansas to accept no further pleadings of any type from Plaintiff Eric Flores, until such time as he pays the total of $700.00 imposed by this Court for the filing of frivolous complaints.  **Any pleading offered by Flores to the Clerk of this Court should be immediately returned without filing absent proof of payment of such sanctions.   Any new complaint submitted by Flores should be returned unless he has paid the $700.00 in sanctions AND submitted payment of the Court's filing fee for the new complaint submitted.**

Plaintiff has fourteen days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.

**DATED** this **1st day of April 2014.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE