```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   HOT SPRINGS DIVISION
```

ERIC FLORES                                              PLAINTIFF

v.                          Case No. 14-6042

UNITED STATES ATTORNEY GENERAL,
UNITED STATES DEPARTMENT OF HEALTH
AND HUMAN SERVICES, and SIERRA
MEDICAL CENTER, a Public Health Service                 DEFENDANTS

### JUDGMENT

Now on this 13th day of May 2014, there comes on for consideration the report and recommendation filed herein on April 1, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 7). No objections were filed.[1]

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint (doc. 1) is DISMISSED WITH PREJUDICE as his claims are frivolous, fantastic, fanciful, or delusional and fail to state claims upon which relief can be granted. Plaintiff's Motion to Transfer Multi District Litigation (doc. 2) and Motion to Proceed IFP (doc. 3) are DENIED. Plaintiff is hereby sanctioned in the amount of $350.00, which is in addition to the $350.00 sanction previously imposed by the Honorable Susan

---

[1] The Court notes that Plaintiff's copy of the Report and Recommendation was returned on May 1, 2014, as undeliverable and unable to forward. However, Plaintiff has not provided the Court with any other address.

O. Hickey in Civil No. 4:12cv4144 on January 25, 2013. Plaintiff is barred from filing any further complaint or petition in this Court without first satisfying the combined $700.00 in sanctions and barred from seeking to proceed *in forma pauperis* in this Court. The U.S. District Clerk is directed to return any future pleadings to Plaintiff without filing them absent proof of payment of such sanctions. Any new complaint submitted by Plaintiff shall be returned absent proof of payment of such sanctions AND payment of the Court's filing fee for the new complaint.

    IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge